An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VCC, LLC; ALL STAR STEEL, LLC; MARTIN IRON WORKS, INC.; AND TANDEM INDUSTRIES, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
    and
CAROLYN LOVETT, AS HEIR AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MARK BRIAN LOVETT; JAMES RAY LOVETT, AS HEIR OF MARK BRIAN LOVETT; AND THE ESTATE OF MARK BRIAN LOVETT,
Real Parties in Interest.

No. 67358

FILED

OCT 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court denial of a motion for summary judgment and the grant of a competing motion for summary judgment regarding the application of the Nevada Industrial Insurance Act (NIIA) in a tort action. Having considered the petition and supporting documents, we are not persuaded that petitioners have demonstrated that our extraordinary discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v.*

 

*Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997).  Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Elissa F. Cadish, District Judge
Olson, Cannon, Gormley, Angulo & Stoberski
Morris, Sullivan, Lemkul & Pitegoff
Kemp, Jones & Coulthard, LLP
Eighth District Court Clerk

---

[1]The Honorable Ron D. Parraguirre, Justice, did not participate in the decision of this matter.